**BROWN KWON & LAM LLP**

Brown Kwon & Lam LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2023

**MEMORANDUM ENDORSED**

Writer's Direct:   Clara Lam, Esq.
clam@bkllawyers.com

May 1, 2023

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearly Street, Room 2260
New York, NY 10007

RE:   *Swierk v. The Mark Hotel Management LLC, et al.*
      Case No. 23-cv-02388 (GHW)(KHP)

Dear Judge Woods,

We are counsel for Plaintiff and write, jointly with counsel for Defendants, to respectfully request an adjournment of the Initial Conference currently scheduled for May 22, 2023 at 4:00 p.m.

Per their executed waiver of service, Defendants' answer and/or response to Plaintiff's Complaint is not due until June 14, 2023. As such, the parties write to adjourn the Initial Conference that is currently scheduled on May 22, 2023. The parties need at least two additional weeks from the time Defendants provide their answer and/or response in order to prepare the Court's requested joint submission, which is due one week before the initial conference. However, the parties met and conferred, and counsel for Defendants indicated that she will be out of the office from June 25, 2023 through July 6, 2023.

Therefore, we respectfully request an adjournment of the Initial Conference from May 22, 2023 until at least July 24, 2023. This is the first request for an adjournment of this conference.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Clara Lam*
Clara Lam, Esq. (CL6399)       cc: All Parties via ECF

---

Application granted.  The initial pretrial conference previously scheduled for May 22, 2023 is adjourned to July 25, 2023 at 4:00 p.m.  The joint letter and proposed case management plan due in advance of that conference must be submitted no later than July 18, 2023.  *See* Dkt. No. 15.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 21.

SO ORDERED.

Dated: May 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge